UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                           CASE NO.: 07-11001-BKC-PGH
                                                 PROCEEDING UNDER CHAPTER 13
NICOLAE BELU
XXX-XX-7242

DEBTOR                    /



### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $16.94 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entities and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 29th day of October, 2010.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

PAID
133870

SERVICE LIST

DEBTOR
NICOLAE BELU
2781 SECOND AVE
#12
PALM BEACH, FL 33461

ATTORNEY FOR DEBTOR
ALAN J. FISHER, ESQUIRE
7200 W. CAMINO REAL
SUITE 102
BOCA RATON, FL 33433

ATTACHMENT

NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

Attachment - Listing of Claimant
---

Case Number:   07-11001-BKC-PGH

Creditor No.:  N/A

Claimant:      DEBTOR
               NICOLAE BELU
               2781 SECOND AVE
               N#12
               PLAM BEACH, FL 33461